| | |
|---|---|
| 1 | Eric J. Hardeman (SBN 253489) |
| 2 | ejhardeman@jonesday.com |
|   | JONES DAY |
| 3 | 3161 Michelson Drive, Suite 800 |
|   | Telephone:  (949) 851-3939 |
| 4 | Facsimile:   (949) 553-7539 |
| 5 | Attorneys for Defendant |
|   | Experian Information Solutions, Inc. and |
| 6 | Mary Marquez |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS A. GRAFF, | Case No. SACV09-00511-AG (MLGx) |
| Plaintiff, | |
| v. | **[PROPOSED] ORDER GRANTING JOINT STIPULATION FOR PROTECTIVE ORDER** |
| EXPERIAN INFORMATION SOLUTIONS, INC., MARY MARQUES, and DOES 1 THROUGH 10, | Complaint Filed:  May 1, 2009 |
| Defendants. | |

### ORDER

The Court, having considered the Stipulation regarding the Protective Order between Plaintiff Dennis Graff, Defendant Experian Information Solutions, Inc., and Defendant Mary Marquez, it is hereby ORDERED that the parties' Joint Stipulation for Protective Order is GRANTED.

DATED: September 11, 2009

_____
HON. MARC L. GOLDMAN
UNITED STATES MAGISTRATE JUDGE

- 1 -